# Court of Appeals
# of the State of Georgia

ATLANTA,    June 04, 2014

*The Court of Appeals hereby passes the following order:*

## A14D0360.  HUGH DAVID COHERD v. KRYSTAL LUCADO.

On March 7, 2014, the trial court entered an order finding Hugh David Coherd in noncompliance with a previous contempt order.  Sixty-one days later, on May 7, 2014, Coherd filed this application for discretionary appeal.  Appellee Krystal Lucado has moved to dismiss the application as untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  A party's failure to meet this statutory deadline deprives us of jurisdiction to consider the application. *Wilson v. Carver*, 252 Ga. App. 174 (555 SE2d 848) (2001).  Although the trial court purported to grant Coherd an extension of time, a trial court lacks authority to extend the time for a party to file an application for discretionary appeal in an appellate court. *Gable v. State*, 290 Ga. 81, 85 (2) (a) (720 SE2d 170) (2011).  Rather, a request for an extension of time to file a discretionary application in this Court must be directed to this Court within the 30-day period in which the application is due.  Id.; see also Court of Appeals Rule 31 (g).

Because Coherd did not make a timely request for an extension to this Court, we have no basis for excusing his failure to comply with the 30-day deadline set forth in OCGA § 5-6-35 (d).  Lucado's motion to dismiss is GRANTED, and this application is hereby DISMISSED for lack of jurisdiction.  Lucado's motion for frivolous appeal penalty is DENIED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/04/2014
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*